# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 11-1860

_____

| | | |
|---|---|---|
| Frank Lawshea, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Missouri. |
| Paula Phillips, Function Unit Manager; | * | |
| Timothy Holsten, Caseworker; Curt | * | [UNPUBLISHED] |
| Curtis; Thomas Waldrup; Keith Mays, | * | |
| Function Unit Manager, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: February 15, 2012
Filed:  March 5, 2012

_____

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Missouri inmate Frank Lawshea appeals following the district court's[1] entry of judgment upon an adverse jury verdict in his 42 U.S.C. § 1983 action. The only matters properly before us are Lawshea's challenges to the jury instructions, the sufficiency of the evidence at trial, and the admission of certain evidence. See

[1]The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the Eastern District of Missouri.

Berdella v. Delo, 972 F.2d 204, 207-08 & n.6 (8th Cir. 1992). We cannot review the sufficiency of the evidence or the challenged evidentiary rulings because Lawshea did not provide a trial transcript and did not request preparation of a transcript at government expense. See Fed. R. App. P. 10(b); Schmid v. United Bhd. of Carpenters and Joiners of Am., 827 F.2d 384, 386 (8th Cir. 1987) (per curiam) (pro se appellant's failure to order trial transcript made it impossible to evaluate challenged evidentiary rulings or rule on weight of evidence). Based on the limited record before us, we conclude no error is apparent in the jury instructions. See Kaplan v. Mayo Clinic, 653 F.3d 720, 726 (8th Cir. 2011) (standard of review).

Accordingly, we affirm. See 8th Cir. R. 47B. We deny Lawshea's pending motions.

_____